**FILED**

SEP 24 2014

DAVID CREWS, CLERK
BY _____
　　　　　　　Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CRIMINAL NO. 1:14CR163

BOYD R. BOLAND, JR.　　　　　　　　　16 U.S.C. § 470ee
　　　　　　　　　　　　　　　　　　　18 U.S.C. § 1361

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On one or more occasions between October 2011 and November 2011, in the Northern District of Mississippi, BOYD R. BOLAND, JR., defendant, aided and abetted by others known and unknown to the Grand Jury, did knowingly and unlawfully excavate, remove, damage, and otherwise alter and deface archaeological resources located on designated historic public lands without having a permit to do so, and attempt to do the same, wherein the cost of restoration and repair plus the commercial value of the resources is greater than $500.00, in violation of Title 16, United States Code, Section 470ee(a).

### COUNT TWO

On one or more occasions between October 2011 and November 2011, in the Northern District of Mississippi, BOYD R. BOLAND, JR., defendant, aided and abetted by others known and unknown to the Grand Jury, did willfully injure and commit depredation against property of the United States, or any department or agency thereof, wherein the damage inflicted by the defendants exceeded the sum of $1000.00, in that the defendant probed, dug, and caused irreparable injury to an Indian burial mound located on United States Corps of Engineer property

in Monroe County, Mississippi, adjacent to the Tennessee-Tombigbee Waterway, in violation of Title 18, United States Code, Section 1361.

## FORFEITURE NOTICE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 16, United States Code, Section 470gg(b) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses in violation of 16 U.S.C. § 470ee set forth in Count One of this Indictment, defendant BOYD R. BOLAND, JR. shall forfeit to the United States pursuant to 16 U.S.C. § 470gg(b) and 28 U.S.C. § 2461(c) all archaeological resources obtained or removed from the land by the defendants or other co-conspirators in violation of the aforesaid statutes and any articles, devices, and other things possessed or used in violation of 16 U.S.C. § 470ee.

If any of the forfeitable property described above, as a result of any act or omission of the defendant(s):

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), incorporated by 28 U.S.C. § 2461(c).

All pursuant to 16 U.S.C. § 470gg(b) and 28 U.S.C. § 2461(c).

A TRUE BILL

*Felix C. C[signature]*
UNITED STATES ATTORNEY

*/s/ Signature Redacted*
FOREPERSON