IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:14CR 103

BOYD R. BOLAND, JR.                         16 U.S.C. § 470ee
                                            18 U.S.C. § 1361

## NOTICE OF PENALTIES

### Count One

-NMT 2 years imprisonment — 16 U.S.C. § 470ee;
-NMT $250,000 fine — 18 U.S.C. § 3571;
-NMT 1 year supervised release — 18 U.S.C. § 3583(b)(3); and
-$100 special assessment — 18 U.S.C. § 3013(a)(2)(A).

Except in the case of a second or subsequent conviction under 16 U.S.C. § 470ee, in which case the maximum term of imprisonment is 5 years — 16 U.S.C. § 470ee.

### Count Two

-NMT 10 years imprisonment — 18 U.S.C. § 1361;
-NMT $250,000 fine — 18 U.S.C. § 3571;
-NMT 3 years supervised release — 18 U.S.C. § 3583(b)(2); and
-$100 special assessment — 18 U.S.C. § 3013(a)(2)(A).

ROBERT J. MIMS, MS Bar 9913
Assistant United States Attorney
Office of the United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford MS 38655-3608
telephone 662/234-3351, fax 662/234-0657