| CRIMINAL CASE COVER SHEET | U.S. DISTRICT COURT |
|---|---|
| | **Complete entire form** |

**Place of Offense:**

City _____

County ____Monroe____

**Related Case Information:**

Superseding: ☐ Yes  XX No   If yes, Case No. _____

Same Defendant _____   New Defendant __X__

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile:  ☐ Yes  XX No      If yes, Matter to be sealed:  ☐ Yes  ☐ No

Defendant Name __Boyd R Boland Jr__

Alias Name _____

Address __Nettleton MS__

DOB _1962_  SS# _7206_  Sex __M__  Race _Caucasian_  Nationality __USA__

Represented by: _____

**U.S. Attorney Information:** AUSA __Robert J. Mims__   Bar # _9913_

Interpreter:  ☐ Yes  XX No     List Language and/or dialect: _____

**Location Status:**

Pretrial Release  ☐ Yes    ☐ No          In Custody  ☐ Yes   XX No

Federal _____  State _____   Date of Arrest _____

Location _____

**U.S.C. Citations**

Total # of Counts __1 & 2 of 2__   ☐ Petty  ☐ Misdemeanor  XX Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _16:470ee(a).F_ | Archaeological Resource Protection Act | 1 |
| Set 2 _18:1361.F_ | govt property or contracts > $1000 | 2 |
| Set 3 _____ | _____ | |
| Set 4 _____ | _____ | |

Date: __9/23/2014__   Signature of AUSA __Robert J. Mims__

**District Court Case Number:**
(To be entered by Clerk)    1:14CR103